UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANGELO DRAKE, ) | 3:05-CV-168-HDM (RAM) |
| ) | |
| Plaintiff, ) | MINUTES OF THE COURT |
| ) | |
| vs. ) | August 16, 2007 |
| ) | |
| JAMES BACA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  FRANK JUSTILIANO          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Defendants have filed a Motion for Leave to Depose an Incarcerated Person (Doc. #96). Defendants' Motion (Doc. #96) is GRANTED and Defendants can depose Plaintiff either in person or by telephone. Defendants shall provide Plaintiff with a copy of the deposition transcript at Defendants' expense.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: _____/s/_____
            Deputy Clerk