UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL ANGELO DRAKE, | ) | 3:05-CV-168-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | August 21, 2007 |
| | ) | |
| JAMES BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  FRANK JUSTILIANO          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Plaintiff has filed a Motion for Sanctions (Doc. #91).  Defendants have opposed the Motion (Doc. #98).

    Plaintiff's Motion surrounds the dispute and problems that arose identifying and serving various Defendants in this case.

    After some motion practice and a court hearing, the court held a subsequent hearing on August 2, 2007, at which time the Attorney General accepted service on behalf of all Defendants except Londa Moore (Doc. #89).  Ms. Moore's address has now been provided and service will be attempted by the U.S. Marshal.  That hearing satisfied all of Mr. Drake's concerns and all of the various outstanding Motions were denied as moot except the Motion for Modification of Scheduling Order (Doc. #50) and a new Scheduling Order was entered.

///

MINUTES OF THE COURT
3:05-CV-168-HDM (RAM)
August 21, 2007
Page Two

      Based on the history of this case and the cooperation of counsel for the Defendants sanctions are inappropriate.

      Plaintiff's Motion for Sanctions (Doc. #91) is <u>DENIED</u>.

      IT IS SO ORDERED.

                                          LANCE S. WILSON, CLERK

                              By:     /s/
                                            Deputy Clerk