UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL ANGELO DRAKE, | ) | 3:05-CV-0168-RAM |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | March 11, 2008 |
| | ) | |
| JAMES BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>        REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

     Plaintiff has filed an Emergency Motion to File Traverse Pleading to Defendants' New Material in Reply Motion to Opposition for Summary Judgment (Doc. #192) and Defendants have responded to the Motion (Doc. #195).

     In view of Defendants' response (Doc. #195), Plaintiff's Emergency Motion to File Traverse (Doc. #192) is <u>DENIED</u> as moot.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: <u>      /s/                    </u>
        Deputy Clerk