1
2
3
4
5

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ANGELO DRAKE, | 3:05-cv-168-RAM |
| Plaintiff, | |
| vs. | **ORDER** |
| JAMES BACA, et al., | |
| Defendants. | |

Plaintiff has filed a Motion for Reconsideration of Minute Order (Doc. #246), 8/27/12 (Doc. #247).

This case was dismissed with prejudice and closed on January 9, 2009. Although the parties in their Settlement Agreement agreed that this Court should retain jurisdiction to hear and decide any dispute that may arise in relation to the enforcement of the Settlement Agreement, it was the intention of the Court to end its jurisdiction when the case was dismissed. If Plaintiff has a dispute with Defendants regarding the Settlement Agreement he can file a new action from breach of the Settlement Agreement in State Court.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration of Minute Order (Doc. #246), 8/27/2012 (Doc. #247) is **DENIED**.

DATED:  March 27, 2014.

_____
UNITED STATES MAGISTRATE JUDGE